IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| STATE OF IOWA and STATE OF NEBRASKA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:23-cv-0284-RGE-SBJ |
| MICHAEL S. REGAN and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME**

The United States of America respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(j) for a brief one-week extension of time until October 17, 2023, to file its response to the Complaint. As required by Local Rule 7(k), the United States has contacted Plaintiffs' counsel and Plaintiffs' counsel does not consent to the relief requested in this motion.

In support of the relief requested in this motion, the United States states the following:

1. The Complaint in this case was filed on August 7, 2023. The Complaint was served on the United States Attorney for the Southern District of Iowa on August 11, 2023. Pursuant to Fed. R. Civ. P. 12(b)(2), the United States' response to the Complaint is due on October 10, 2023.

2. The requested brief extension is required because prior work obligations prevented meeting this deadline and additional time is required to complete the preparation, coordination, and filing of the government's response to the Complaint.

3.  Undersigned counsel is the Trial Attorney assigned to this case within the Environmental Defense Section of the Environmental and Natural Resources Division of the Department of Justice.

4.  Undersigned counsel is also the lead attorney in an affirmative case in the District of Connecticut, *United States v. Andrews*, Case No. 20-cv-1300 (D. Ct.). On September 26, 2023, undersigned counsel participated in a bench trial on remedy in New Haven, Connecticut, presenting live testimony of five fact and expert witnesses.

5.  Further, on October 2, 2023, undersigned counsel conducted in person oral argument on a petition for review in the Fifth Circuit Court of Appeals in New Orleans, Louisiana in *Wynnewood Refining, LLC v. EPA*, No. 22-60357.

6.  Each of these tasks required significant preparation and travel, preventing counsel from timely preparing the United States' response to the Complaint in this case.

7.  In addition, during the week of September 25, 2023, in addition to travel time, undersigned counsel spent significant time preparing for a potential lapse in appropriations due to a government shutdown, preventing counsel from timely preparing a response to the Complaint in this case.

8.  Accordingly, the counsel requires additional time to prepare the government's response to the Complaint. The requested seven-day extension is the government's first request for an extension of time in this case, and in counsel's considered judgment is both a necessary and reasonable amount to time to complete preparation, coordination, and filing the government's response to the Complaint. This extension is not interposed for the purpose of

delay, and granting the relief requested herein should not unduly prejudice the Plaintiffs, given the early stage of this case.

For the foregoing reasons, the Court should grant the United States' motion for extension of time and extend the deadline for the United States' response to the complaint to and including October 17, 2023.

Respectfully submitted,

Dated: October 5, 2023                                   *Benjamin J. Grillot*

                                                    BENJAMIN J. GRILLOT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0303
benjamin.grillot@usdoj.gov