IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STATE OF IOWA; STATE OF NEBRASKA,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No. 4:23-cv-00284-RGE-SBJ<br><br><br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Plaintiffs State of Iowa and State of Nebraska and move for summary judgment under Federal Rule of Civil Procedure 56. In support of its motion, the States pleads the following:

1. On August 7, 2023, Plaintiff States sued, contending that Defendants Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency, and the EPA failed to follow the Clean Air Act, 42 U.S.C. § 7604(a)(2).

2. That suit followed more than 60 days after Plaintiff States' Notice of Intent to Sue, 467 days after Defendants' receipt of the bipartisan Governors' letter, and more than one-year following the expiration of time for Defendants to follow their nondiscretionary duty.

3. Plaintiff States allege that Defendants failed to perform a nondiscretionary duty under the Act. 42 U.S.C. § 7545(h). That duty required

EPA to finalize a Rule within 90 days of receipt of the Governors' letter, which elapsed on July 27, 2022.

4. On October 17, 2023, Defendants answered Plaintiff States' Complaint.

5. Section 211(h) requires the Administrator to "promulgate regulations under subparagraph (A) not later than 90 days after the date of receipt of a notification from a Governor under that subparagraph." 42 U.S.C. § 7545(h)(5).

6. The Governors notified the Administrator on or around April 28, 2022, and the 90-day deadline elapsed on July 27, 2022. EPA did not promulgate a rule establishing the applicable standard for 2023, and still has not done so for 2024.

7. Defendants' admitted failure to timely promulgate the rule under section 211(h) constitutes a failure to "perform any act or duty . . . which is not discretionary with the Administrator." 42 U.S.C. § 7604(a)(2).

8. EPA's ongoing failure to issue a final rule after receiving the Governors' letter has harmed and continues to harm Plaintiffs by delaying publication of a final Rule. That reduces the availability of what should be lawfully available fuel mixtures, including E15.

9. The Act's clear language, requiring Defendants to issue a final rule within 90-days, shows that Plaintiff States will find actual success on the merits. The failure to have the cleaner gas available in the summer driving months constitutes irreparable harm for the States. So too does the injury to the Governors for failure to follow the Act after receiving their letter. The balance of harms and public interest both warrant following the Act and granting the statutorily required waiver.

10. There is no genuine dispute as to any material fact, and the State is entitled to judgment as a matter of law on its request for declaratory and injunctive relief.

11. The State has filed a brief, a statement of undisputed material facts, and an appendix in support of this motion.

WHEREFORE, Plaintiff States asks the Court to grant summary judgment against Defendants on and require EPA to promulgate a final rule by a date certain, given that we are now less than six months before the first day of the 2024 high-ozone season, the States request relief at the earliest possible alternative date.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
/s/ Alexa S. Den Herder
ALEXA S. DEN HERDER
Assistant Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov
alexa.denherder@ag.iowa.gov

ATTORNEYS FOR PLAINTIFF STATE OF IOWA

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Eric J. Hamilton*
ERIC J. HAMILTON
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-2682
eric.hamilton@nebraska.gov

ATTORNEYS FOR PLAINTIFF STATE OF NEBRASKA

*Electronically filed and served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 29, 2023: |
| ☐ U.S. Mail         ☐ FAX |
| ☐ Hand Delivery   ☐ Overnight Courier |
| ☐ Federal Express  ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Eric H. Wessan* |