IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STATE OF IOWA; STATE OF NEBRASKA,<br><br>        Plaintiffs,<br>v.<br><br>MICHAEL S. REGAN; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br><br>        Defendants. | Civil Action No. 4:23-cv-0284-RGE-SBJ |

## JOINT STATUS REPORT

The parties respectfully inform the Court that on Thursday, February 22, 2024, EPA Administrator Michael Regan signed a final rule under the Clean Air Act,[1] responding to petitions from eight State governors to remove the 1-psi waiver for gasoline-ethanol blends containing 10 percent ethanol (E10).  A copy of this final rule is attached as Exhibit A.

The parties are currently engaged in discussions regarding the final resolution of the case.

Respectfully submitted,

Dated:  February 23, 2024                               *Benjamin J. Grillot*

BENJAMIN J. GRILLOT
Environment and Natural Resources Division

---

[1] EPA is in the process of submitting the rule for publication in the Federal Register and the rule will become effective 60 days after the date of publication.

Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0303
benjamin.grillot@usdoj.gov

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*